DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DERRICK HUTCHINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0514

_____

July 10, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Jonah K. Dickstein, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.